# NON - JUDICIAL CLAIM

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Elena Sthujan_

Write the full name of each plaintiff.

# 18CV7469

_____CV_____

(Include case number if one has been assigned)

-against-

_MICHAEL OIOROIU - A PERSON_
_ALL OTHERS UNLISTED BOTH KNOWN_
_AND UNKNOWN_

## COMPLAINT

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

**"SUB UMBRA ALARUM TAURUM"**
*"BENEATH THE SHADOW OF WINGS, O LORD"*
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
**I Women of Flesh and Blood,** UCC 1-308, UCC 1-103.6
*"OBEY THE CONSTITUTION"*

*NON-JUDICIAL CLAIM*

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, *Elena Shujan* , is a citizen of the State of
(Plaintiff's name)

*Republic of New York*
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

"SUB UMBRA ALARUM TAURUM"
"BENEATH THE SHADOW OF WINGS, O LORD"
THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
"OBEY THE CONSTITUTION"

6592
8/16/18

# NON-JUDICIAL CLAIM

If the defendant is an individual:

The defendant, _MICHAEL CIOROIU_, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _MICHAEL CIOROIU et all_, is incorporated under the laws of

the State of _New YORK_

and has its principal place of business in the State of _New YORK_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _247, 3rd Avenue, #L3._
_N.Y. NY 10010_

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Elena_ _Strujan_
First Name          Middle Initial          Last Name

_P.O. Box 20632_
Street Address

_New York_          _NY_          _10075_
County, City          State          Zip Code

_646-234-2421_          _estrujan2016@gmail.com_
Telephone Number          Email Address (if available)

_6592_
_8/16/18_

"SUB UMBRA ALARUM TAURUM"
"BENEATH THE SHADOW OF WINGS, O LORD"
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
"OBEY THE CONSTITUTION"

Page 3

*NON-JUDICIAL CLAIM*

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: *MICHAEL* *GIORGIO*

First Name        Last Name

*M D*

Current Job Title (or other identifying information)

*247 3rd Avenue, #L3*

Current Work Address (or other address where defendant may be served)

*New York*    *NY*    *10010*

County, City     *(212-995-8099)*   State     Zip Code

Defendant 2: *OTHER UNLISTED, BOTH KNOWN AND UNKNOWN.*

First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 3:

First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code



**"SUB UMBRA ALARUM TAURUM"**
*"BENEATH THE SHADOW OF WINGS, O LORD"*
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
**I Women of Flesh and Blood**, UCC 1-308, UCC 1-103.6
**"OBEY THE CONSTITUTION"**

# NON-JUDICIAL CLAIM

**Defendant 4:**

First Name _____ Last Name _____

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City _____ State _____ Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: *MANHATTAN - HOSPITAL NEW YORK*

Date(s) of occurrence: *2000 :) In Common Law*

**FACTS:** *is NOT STATUTE OF LIMITATION (ES).*

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

*Please read my "Notice of Common Law, brief information, Claim Lien, Obligation, Affidavit of Truth and Facts" - Attachet in Exhibit at my "AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT".*

"SUB UMBRA ALARUM TAURUM"
"BENEATH THE SHADOW OF WINGS, O LORD"
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
"OBEY THE CONSTITUTION"

# NON-JUDICIAL CLAIM

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

life injurie, by cuting my arus
as part of digestive tractus for
his greed of money to be his
life client for dilatation
procedure. Trespass. Intentiordl
harm.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$ 500,000,000.00 (fivehundred
millions) in hundred.

**"SUB UMBRA ALARUM TAURUM"**
*"BENEATH THE SHADOW OF WINGS, O LORD"*
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
**I Women of Flesh and Blood,** UCC 1-308, UCC 1-103.6
**"OBEY THE CONSTITUTION"**



*NON-JUDICIAL CLAIM.*

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

8/16/2018

Dated

Elena Strujan UCC 1-308

Plaintiff's Signature

Elena

First Name               Middle Initial

Strujan

Last Name

P. O. Box  20632

Street Address

New York                N Y           100757

County, City            State         Zip Code

646-234-2421            estrujan2016@gmail.com

Telephone Number        Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☐ No

If you do not consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**"SUB UMBRA ALARUM TUARUM"**

*"BENEATH THE SHADOW OF WINGS, O LORD"*

*"THE LAW HAS ALWAYS BEEN ON YOUR SIDE - USE IT TO BUILD A BETTER, STRONGER AMERICA"*

**I Women of Flesh and Blood**, UCC 1-308, UCC 1

**"OBEY THE CONSTITUTION"**

# NON-JUDICIAL CLAIM

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER AMERICA".*
*"NO ONE IS ABOVE- THE- LAW" , "ALL ARE EQUAL UNDER THE LAW".*



## The United States District Court Southern District of New York

——————————————————x

Elena Strujan

*Plaintiff,*

*v.*

MICHAEL CIOROIU
ALL OTHERS UNLISTED, BOTH KNOWN
**AND UNKNOWN.**

*WRONGDOERS/DEFENDANTS*

——————————————————x

**DOCKET:** _____

**NOTICE OF MOTION FOR
REQUEST OF CERTIFICATE
OF DEFAULT**

    I, Elena Strujan Respondent/Claimant, the crime victim, hereby moves this Court

pursuant to **Res Ipsa Loquitur\*** and **Mala in se \*\***, to enter DEFAULT JUDGMENT in

favor of Claimant and against WRONGDOERS/DEFENDANTS MICHAEL CIOROIU, and

**By Elena ; of the family Strujan Claimant/ Plaintiff NOTICE OF MOTION FOR CERTIFICATE OF DEFAULT**

# NON-JUDICIAL CLAIM

ALL OTHER UNLISTED, BOTH KNOWN OR UNKNOWN on the grounds that said

**WRONGDOERS/DEFENDANTS** failure to cure and to Rebut with an **Affidavit of Truth** as

**Firsthand knowledge** at My lawful *"NOTICE OF COMMON LAW, BRIEF*

*INFORMATION, CLAIM OF LIEN OBLIGATION, AFFIDAVIT OF TRUTH AND FACTS*

"as fully appears in My Affidavit in support of this motion.

Dated: August 16, 2018

Elena Strujan - Petitioner, a common woman
Sui Juris, Under Duress, Attornatus Privatus.
P. O. Box 20632, New York, N. Y., [10075]
646-234-2421, estrujan2016@gmail.com

**"SUB UMBRA ALARUM TAURUM"**
*"BENEATH THE SHADOW OF WINGS, O LORD"*
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
"OBEY THE CONSTITUTION"

*Wrote and printed from a Public computer and printer with all risks.*
WITNESS: My hand and official seal. End of document.

---

\* Res ipsa loquitur - Wikipedia *https://en.wikipedia.org/wiki/Res_ipsa_loquitur*
In the common law of torts, **res ipsa loquitur** (Latin for "the thing speaks for itself") is a doctrine that
infers negligence from the very nature of an accident or injury in the absence of direct evidence on how
any defendant behaved.
Res ipsa loquitur - Legal Dictionary | Law.com *https://dictionary.law.com/Default.aspx?selected=1823*
**res ipsa loquitur.** (rayz ip-sah loh-quit-her) n. Latin for "the thing speaks for itself," a doctrine of law that
one is presumed to be negligent if he/she/it had exclusive control of whatever caused the injury even
though there is no specific evidence of an act of negligence, and without negligence the accident would
not have ...
\*\* Mala In Se - Criminal Law Crime Classifications | LectLaw.com(*https://www.lectlaw.com/mjl/cl018.htm*)
**Mala in se** (the singular is malum in **se**) is a term that signifies crime that is considered wrong in and of
itself. The phrase is Latin and literally means wrong in itself. This class of crime is contrasted by crimes
**mala** prohibita, the Latin term for "wrong because they are prohibited."



**By Elena ; of the family Strujan Claimant/ Plaintiff NOTICE OF MOTIONFOR DEFAULT JUDGMENT**

# NON-JUDICIAL CLAIM

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER AMERICA".*
*"NO ONE IS ABOVE- THE- LAW" , "ALL  ARE EQUAL UNDER THE LAW".*



*The United  States District  Court  Southern District of New York*

_____ x

Elena  Strujan

        *Plaintiff,*

_____ v.

**MICHAEL CIOROIU**
**ALL OTHERS UNLISTED, BOTH KNOWN**
      **UNKNOWN**

    *WRONGDOERS/DEFENDANTS*

_____ x

**DOCKET:** _____

**AFFIRMATION IN SUPPORT**
**OF REQUEST FOR**
**CERTIFICATE ODEFAULT**

    I, Elena Strujan, Claimant, a common   woman, Sui Juris, Under Duress, Attornatus Privatus, hereby declares as follows:

**By Elena ; of the family Strujan Claimant AFFIRMATION IN SUPPORT NOTICE OF MOTION FOR DEFAULT JUDGMENT**

# NON-JUDICIAL CLAIM

1. I am the Claimant in this action.

2. This action was commenced pursuant to the rights guaranteed by the NYS and the USA Constitution.

3. In 1999 or 2000 MICHAEL CIOROIU performed surgery to Me regarding My external hemorrhoids.

4. With trespass, Abusive, Unlawfully, with Malpractice and High Greed for money **DEFENDANT MICHAEL CIOROIU and ALL OTHERS UNLISTED, BOTH KNOWN OR UNKNOWN** at this time, cut My anal visceral muscle and reduced the diameter of My anal orifice as a kid 2 years old. Not only to Me.

5. He did it in purpose, secretly, without My consent to be his client for life for anal dilatation.

6. I served the WRONGDOER/DEFENDANT MICHAEL CIOROIU <u>firsthand knowledge</u> with My lawful *"NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN OBLIGATION, AFFIDAVIT OF TRUTH AND FACTS" ( see attachment).*

7. The WRONGDORS /DEFENDANT , with guilty knowledge, refused to rebut My Notice of Common Law as firsthand knowledge with affidavit *and under penalty of perjury* in 30 days' time frame. . *"He who does not deny, admits". "An un- rebutted affidavit is the judgment in commerce.*

8. The time for WRONGDOERS/DEFENDANTS: **MICHEL CIOROIU ALL OTHERS UNLISTED, BOTH KNOWN OR UNKNOWN** to answer or otherwise move with respect to the complaint herein has expired.

9. After a while, and after the lawful time expired the counselor of the WRONGDOERS/DEFENDANTS **ALL OTHERS UNLISTED, BOTH KNOWN OR UNKNOWN** after the time expired contacted Me confirming DEFENDANT CIOROIU receive d My Notice, and asking Me more about Common Law.

10. I refused to communicate with the lawyer since e he is not firsthand knowledge.

11. The WRONGDOERS/DEFENDANTS **ALL OTHERS UNLISTED, BOTH KNOWN OR UNKNOWN** are not infants or incompetents.

12. The WRONGDOERS/DEFENDANT S **ALL OTHERS UNLISTED, BOTH KNOWN OR UNKNOWN** are not presently in the military service of the United States as appears from facts in this claim.

By Elena ; of the family Strujan Claimant AFFIRMATION IN SUPPORT NOTICE OF MOTION FOR DEFAULT JUDGMENT

# NON-JUDICIAL CLAIM

13. The WRONGDOERS/DEFENDANTS **ALL OTHERS UNLISTED, BOTH KNOWN OR UNKNOWN** refused to cure the damages, the incommensurable and unimaginable harm produced Me a natural common woman with his trespass. SCARS FOR LIFE.

14. **My lawful Notice of Common Law being Common Law construct, the only way this Lien can be removed is:**

   a) By a Rebuttal Affidavit done by the firsthand knowledge.

   b) By Full Payment as I require in which case I will remove it.

   c) The decision of the Jury of 12, deciding that the Lien should not have been executed. This involved the WRONGDOERS /DEFENDANTS as firsthand knowledge to take Me to the Court de Jure (Common Law Court). Time pass out already.

15. Because is a Common Law not a Statutory process *do not under any circumstances, assume that any judge can remove a lien. A judge cannot do that, and judges know that* (because is a Common Law not a Statutory, process).

16. My Statement of Truth, reflected the truth of My status and which will not only became *the truth, in law-* but will also become *A JUDGMENT, IN LAW.*

17. That being the case, no hearing will require. *Because the judgment has already been made by the truth* (That's Common Law).

18. A failure to respond attested and confirmed, the truth of all points contained herein and those points shall stand as the truth in law as regards My living soul.

19. The WRONGDOERS/DEFENDANT S **ALL OTHERS UNLISTED, BOTH KNOWN OR UNKNOWN** are indebted to Me in conformity with My *" NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN OBLIGATION, AFFIDAVIT OF TRUTH AND FACTS"* as: **MICHEL CIOROIU ALL OTHERS UNLISTED, BOTH KNOWN OR UNKNOWN a total of $ 500, 000, 000.00 ( fivehundredsmillions**) in hundred.

   **WHEREFORE,** Claimant Elena Strujan, a common woman, Sui Juris, Under Duress, Attornatus Privatus request that the Default of WRONGDOERS/DEFENDANTS **MICHEL CIOROIU ALL OTHERS UNLISTED, BOTH KNOWN OR UNKNOWN** at this time be noted and a CERTIFICATE OF DEFAULT ISSUED.

   I declare under penalty of perjury that the foregoing is true and accurate to the best of My knowledge, Information and belief, that the amount claimed is justify due to Me claimant, is commercial reasonable, just , correct and that no part thereof has been paid.

**By Elena ; of the family Strujan Claimant AFFIRMATION IN SUPPORT NOTICE OF MOTION FOR DEFAULT JUDGMENT**

# NON-JUDICIAL CLAIM

I say here, and I will verify in open Court if necessary that all herein be true.

I will do My best, and God will do the rest. I Reserve ALL Natural God-Given

Indefeasible Birthrights, Waiving None, Ever UCC1-308, UCC 1-103.6.

Respectfully,

Dated: August 16, 2018

**"SUB UMBRA ALARUM TAURUM"**

*"BENEATH THE SHADOW OF WINGS, O LORD"*
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
**I Women of Flesh and Blood,** UCC 1-308, UCC 1-103.6
**"OBEY THE CONSTITUTION"**

Elena Strujan- Petitioner, a common woman
Sui Juris, Under Duress, Attornatus Privatus.
P. O. Box 20632/New York, N. Y., [10075]
646-234-2421, estrujan2016@gmail.com

*Wrote and printed from a Public computer and printer with all risks.*

*In attachment My Lawful* "NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN
OBLIGATION, AFFIDAVIT OF TRUTH AND FACTS".

WITNESS:
My hand and official seal. Each page is stamped on the back in wet ink and signed. End of
document.



By Elena ; of the family Strujan Claimant **AFFIRMATION IN SUPPORT NOTICE OF MOTION FOR
DEFAULT JUDGMENT**

# EXHIBIT

I served _MICHAEL CIOROIU_ as firsthand knowledge with My "NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN, AFFIDAVIT OF TRUTH, OBLIGATION AND FACTS, and CLAIM IN COMMERCE FOR DAMAGES". With trespass he/she refused to answer.

## " He /She who does not deny, admits"

"SUB UMBRA ALARUM TAURUM"
"BENEATH THE SHADOW OF WINGS, O LORD"
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
"OBEY THE CONSTITUTION"

*7017 1000 0007 0129 6286*

## NOTICE OF COMMON LAW, BRIEF INFORMATION
## CLAIM OF LIEN OBLIGATION, AFFIDAVIT OF TRUTH AND FACTS

**Party/Grievant/Crime Victim/Accuser/Lienor** : Elena Strujan, a.k.a: Elena Chitoiu; a natural
woman, Sui Juris,  Under Duress ,
P. O. Box 20632, New York, New York, 10075
646-234-2421, estrujan2016@gmail.com
6/16/2017

### RESPONDENT/LIENEES/ACCUSED
MICHAEL CIOROIU – A  PERSON, Michal Cioroiu - **a man.**
**AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN**

### AFFIDAVIT OF TRUTH AND FACTS

I Elena Strujan , a.k.a: Elena Chitoiu; a natural woman, aggrieved, wronged, harmed, abused, Sui Juris, Under Duress said under oath that the facts stated herein are correct, true, complete, not misleading, admissible as evidence and signed under penalty of perjury.

This NOTICE is hereby given that failure or refusal to contest the present AFFIDAVIT OF TRUTH AND FACTS within thirty (30) days all My point –by –point basis shall be an admission that the points and facts listed below are settled facts and shall create the legal presumption that your constructive silence is to conceal incriminating evidence. A failure to contest the facts below under an AFFIDAVIT OF TRUTH AND FACTS, under SWORN OATH by the firsthand knowledge, and under Penalty of Perjury addressing each and every point   Means agree with the un-addressed facts and points as set forth and with the obligations described.

### IMPORTANT MENTION AT NOTICE

Received of this AFFIDAVIT OF  TRUTH AND FACTS wants a response as required above. Acquiescence will be your answer to all above statements if you fail or refuse to send Me a written response in a custom of a rebuttal. Simply denial of the facts below is not enough to rebut the points and facts outlined below.  Written evidence and sworn testimony are obligatory to rebut each and every point denied. *"All Men and woman know that the foundation of the law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.  Truth, as a valid statement of reality, is sovereign in commerce"*.

The Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distress are all corporate government. Later government cannot exercise the power to expunge commercial process.

**Acquiescence** = "A person *noun*  **acquiescence**; the reluctant acceptance of something without protest", " *the act or condition of acquiescing or giving tacit assent; agreement or consent by silence or without objection: compliance* "**|Google|.**

*"An Affidavit if not contested in a timely manner is considered undisputed facts as a matter of law"* – **[Morris v. NCR, 44 SW2d 433].** *"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading"*- **[U.S. v Pruden, 424 F.2d 1021(1970)].**

1

## NOTICE OF LIEN – MICHAEL CIOROIU

"DUE PROCESS: "*No person shall... be deprived of life, liberty, or property without 'due process of law'; [5th Amendment] a similar provision exists in all the state constitutions: the phrases 'due course of law' and the 'law of the land' are sometimes used; but, all three of these phrases have the same Meaning; and, that applies conformity with the ancient and customary laws of the English people or laws indicated by parliament...*" Davidson v. New Orleans 96 U.S. 97, 24, L Ed 616.
"'*Due course of law' is a phrase synonymous with 'due process of law' or 'law of the land' and Means law in its regular course of administration through courts of justice.*" Kansas Pac. Ry. Co. v. Dun Meyer 19 KAN 542.
"*Law in its regular course of administration through courts of justice is due process.*" Leeper v. Texas, 139, U.S. 462, II SUP CT. 577, 35 L ED 225.
"*Due process of law and the equal protection of the laws are secured if the laws operate on all alike and do not subject the individual to an arbitrary exercise of the powers of government.*" Duncan v. Missouri, 152, U.S. 382,14 SUP. CT. 570, 38 L. ED. 485.


CONCLUSION: All rights are protected by due process which is the restraint upon government. It is the duty of the Constitutional Law Enforcement Officer, a/k/a Sheriff or U.S. Marshal, to arrest the officers acting under color of law; and, to seek an indictment. Failure to do so is felony rescue.

## MAXIMS OF COMMERCIAL LAW

1.  " *We must give up wrongs, not rights, for a better society*". William Pitt of the British House of commons once proclaimed "Necessity *is the plea for every infringement of human liberty; it is the argument of tyrants; it is the creed of slaves*".
2.  "*An unrebutted affidavit stands as truth in commerce*".
3.  "*When injustice becomes law, the resistance becomes duty*"- Th. Jefferson.
4.  "*When the people acting in the name of government violate ethics, they  break trust with*
5.  "*All workman is worthy of his hire*".
6.  "*It is against equity for freeman not having the free disposal of their own property*".
7.  "*Lex malla, lex nulla. A bad law is no law.*" Cassandra Clare, Lady Midnight.
8.  "*No one is above-the –law*".
9.  "*Truth is expressed in the form of an affidavit*"- in commerce an affidavit is the base for any commercial transaction.
10. "*He who does deny, admits*".
11. "*A un- rebutted affidavit is the judgment in commerce. There is nothing to resolve. Any proceedings in a court, tribunal, or arbitration forum consists of a consent, or duel, of commercial affidavits wherein the points remaining un –rebutted in the end stand as the facts to which a judgment is applied*".
12. In Commerce, for all problems to be resolved  it must to be asked. Legal Maxim "*He who fails to assert his rights, has none*".
13. "*He who does not repeal a wrong when he can, occasions it".*"
14. "A rebutted affidavit is a battlefield first loses by default ".
15. "*A lien or claim can be satisfied only by sworn Affidavits which rebut each point or by resolution of a jury, or by payment. In commerce, a lien or claim can be satisfied by:*
    (a)     " *A sworn Affidavit*" , (b)*Resolution by a common law jury summoned  by a Sharif, based on the  Seventh Amendment, for dispute over $20,00, (c) Agreement and payment*"
16. " *If the plaintiff does not prove his case, the defendant is absolved*".
17.    "*Courts are for the people to command the power of the State*".

2

# NOTICE OF LIEN – MICHAEL CIOROIU

## PLAIN STATEMENT OF FACTS

1. FACT: I, Elena Strujan, a natural living woman, I am a victim of trespasses done by Dr. MICHAEL CIOROIU.

2. FACT: I, Elena Strujan, a natural living woman, I was very ill due some external hemorrhoids.

3. FACT: On 1999 or 2000 MICHAEL CIOROIU performed surgery to Me regarding My external hemorrhoids.

4. FACT: With Trespass, Abusive, Unlawfully, with Malpractice, and with high greed for money MICHAEL CIOROIU cut My anal visceral muscles and reduced the diameter of My anal orifice.

5. FACT: When I came at first and last visit after surgery  in MICHAEL CIOROIU's office he told me *"you will be my client from now every month because you have to come at dilatation. You have Oxford Insurances very good for me".* I was paralyzed!

6. FACT: Initially, I considered as a normal reaction after surgery. Later I understood MICHAEL CIOROIU affirmations and his happiness. Later, a Romanian patient of MICHAEL CIOROIU told Me you did the same to him.

7. FACT: My entire pain and suffering post-surgery was due to MICHAEL CIOROIU GROSS TRESPASS.

8. I was dying. A nurse called and she put me to talk you *michael cioroiu (en).*

9. FACT: You, MICHAEL CIOROIU asked Me to send My daughter with the taxi to give her for Me Percocet to ameliorate My terrible pain was due to your criminal acts.

10. FACT: Working at Endoscopy unit for years a saw many patients coming for dilatation which is a very painful procedure.

11. FACT: For years every day I had  and have to support the pain due to MICHAEL CIOROIU criminal acts by having an adult body and an anus as a kid.

12. FACT: In a Court of Record under Common Law Jurisdiction is not any statute of limitation.

### FOR THIS:

1. I have intention to open a criminal case against MICHAEL CIOROIU.

Because Justice was not served yet, the  named MICHAEL CIOROIU  as **RESPONDENT /LIENEES/ACCUSED**, have thirty (30) days from the date of service of this Affidavit to compensate Elena Strujan in full fivehundredmillionsdollars  ($ 500, 000, 000.00), in hundreds, or provide SWORN AFFIDAVITS and evidence to rebut the above statements of fact or to cure by providing Elena Strujan with:

1. COPY OF ALL LETTERS EMAILS   sent to you regarding trespasses done by you to Me.
2. COPY WITH YOUR ANSWERS at My many letters (faxes) sent to YOU.
3. COPIES of your medical reports.
4. WRITEN STATEMENTS why you cut My anus.
5. WRITTEN STATEMENT WHY YOU PRACTICE UNLAWFUL ACTS.



3

# NOTICE OF LIEN – MICHAEL CIOROIU

6.   WRITTEN STATEMENT WHY YOU prescribed Me PERCOSET.

7.   WRITTEN STATEMENTS  WHY YOU IGNORED MY CONSTITUTIONAL RIGHTS and discriminate Me under color of law.

I say here, and I will verify in open Court if necessary that all herein be true.

I will do My best, and God will do the rest. All Rights Reserved. None waived.

Dated:    New York, New York
          June 16, 2017

_____

Elena Strujan- Petitioner, a natural living woman
Sui Juris, Under Duress
Member of Constitution First Amendment Press
Association.

## NOTARY

New York State, New York County on this ____ 18 ____ day of __ June 2017 __
2017 before Me, personally appeared Elena Strujan to Me known to be the living woman describe
in and who executed the forgoing instrument and sworn before Me that I executed the same as her
free will act and deed.

_____

DU MEI CEN
Notary Public - State of New York
NO. 01CE6301617
Qualified in Queens County
My Commission Expires Apr 21, 2018

4

## NOTICE OF LIEN – MICHAEL CIOROIU

# NON-JUDICIAL CLAIM

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER*
*AMERICA".*
*"NO ONE IS ABOVE- THE- LAW" , "ALL   ARE EQUAL UNDER THE LAW".*



*The United  States District  Court Southern District of New York*

| | |
|---|---|
| _____ x | |
| Elena  Strujan                . | **DOCKET:** _____ |
| *Plaintiff,* | |
| _____ *v.* | |
| MICHAEL CIOROIU | **REQUEST FOR CERTIFICATE** |
| ALL OTHERS UNLISTED, BOTH KNOWN | **OF DEFAULT** |
| **AND UNKNOWN.** | |
| | |
| *WRONGDOERS/DEFENDANTS* | |
| _____ x | |

TO: **CHIEF DEPUTY CLERK**
       UNITED STATES DISTRICT COURT- SOUTHERN DISYTRICT DISTRICT
       COURT OF NEW YORK

1of 2
By Elena ; of the family Strujan Claimant/ Plaintiff REQUEST FOR CERTIFICATE OF DEFAULT

# NON-JUDICIAL CLAIM

Please enter the default of WRONGDOERS/ DEFENDANTS  MICHAEL CIOROIU and  ALL OTHERS UNLISTED, BOTH KNOWN   pursuant to **Res Ipsa Loquitur\*** and **Mala in se \*\***,  for failure to cure and to rebut with an Affidavit of Truth as Firsthand knowledge at My lawful "***NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM  OF LIEN OBLIGATION, AFFIDAVIT OF TRUTH AND FACTS***"as fully appears from the Court file herein and from attached affirmation.

I say here, and I will verify in open Court if necessary that all herein be true. I will do My best, and God will do the rest. I Reserve ALL Natural God-Given Birthrights, Waiving None, Ever UCC1-308, UCC 1-103.6.

Dated: August 16, 2018

Elena Strujan, Petitioner, a common   woman Sui Juris, Under Duress, Attornatus Privatus. P. O. Box 20632, New York, N. Y., [10075] 646-234-2421, estrujan2016@gmail.com

**"SUB UMBRA ALARUM TAURUM"**
*"BENEATH THE SHADOW OF WINGS, O LORD"*
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER AMERICA"
**I Women of Flesh and Blood,** UCC 1-308, UCC 1-103.6
**"OBEY THE CONSTITUTION"**

*Wrote and printed from a Public computer and printer with all risks.*
WITNESS: My hand and official seal. End of document.

---

\* Res ipsa loquitur - Wikipedia *https://en.wikipedia.org/wiki/Res_ipsa_loquitur*
In the common law of torts, **res ipsa loquitur** (Latin for "the thing speaks for itself") is a doctrine that infers negligence from the very nature of an accident or injury in the absence of direct evidence on how any defendant behaved.
Res ipsa loquitur - Legal Dictionary | Law.com *https://dictionary.law.com/Default.aspx?selected=1823*
**res ipsa loquitur**. (rayz ip-sah loh-quit-her) n. Latin for "the thing speaks for itself," a doctrine of law that one is presumed to be negligent if he/she/it had exclusive control of whatever caused the injury even though there is no specific evidence of an act of negligence, and without negligence the accident would not have ...
\*\* Mala In Se - Criminal Law Crime Classifications | LectLaw.com*(https://www.lectlaw.com/mjl/cl018.htm)*
**Mala in se** (the singular is malum in **se**) is a term that signifies crime that is considered wrong in and of itself. The phrase is Latin and literally means wrong in itself. This class of crime is contrasted by crimes **mala** prohibita, the Latin term for "wrong because they are prohibited."



By Elena ; of the family Strujan Claimant/ Plaintiff REQUEST FOR CERTIFICATE OF DEFAULT

# NON-JUDICIAL CLAIM

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER AMERICA".*
*"NO ONE IS ABOVE- THE- LAW" , "ALL  ARE EQUAL UNDER THE LAW".*



*The United  States District  Court Southern District of New York*

Elena  Strujan
——————————————————x
        *Plaintiff,*                                    DOCKET: _____

                *v.*

MICHAEL CIOROIU                                **PROPOSEDE ORDER FOR**
ALL OTHERS UNLISTED, BOTH KNOWN                **DEFAULT JUDGMENT**
        UNKNOWN
        *WRONGDOERS/DEFENDANTS*
——————————————————x

### O R D E R  OF DEFAULT JUDGMENT



By Elena ; of the family Strujan Claimant/ Plaintiff PROPOSED ORDER

# NON-JUDICIAL CLAIM

COMES NOW THE ABOVE –ENTITLED COURT OF RECORD and ORDERED that,

pursuant the **Res Ipsa Loquitur's** doctrine and **Mala in se** under Common Law Jurisdiction ,

the Claimant's Elena Strujan Motion for Default Judgment in ***NON-JUDICIAL CASE*** against

WRONGDOERS/DEFENDANTS MICHAEL CIOROIU and   ALL OTHERS UNLISTED,

BOTH KNOWN  is granted in amount of  $500. 000, 000.00( fivehundredmillionsdolalrs) in

hundred.

DONE this  the ____ th day of _____ , 2018.

_____

MAGISTRATE,

UNITED STATES DISTRICT COURT
SOUTHERN  DISTRICT OF NEW YORK



By Elena ; of the family Strujan Claimant/ Plaintiff  PROPOSED ORDER

# NON-JUDICIAL CLAIM

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER AMERICA".*
*"NO ONE IS ABOVE- THE- LAW" , "ALL  ARE EQUAL UNDER THE LAW".*



## The United  States District  Court  Southern District of New York

x

Elena  Strujan
                    *Plaintiff,*

                    *v.*

MICHAEL CIOROIU
ALL OTHERS UNLISTED, BOTH KNOWN
                UNKNOWN
            *WRONGDOERS/DEFENDANTS*

x

DOCKET: _____

**NOTICE OF ENTRY OF ORDER
FOR  DEFAULT JUDGMENT**



## ENTRY OF ORDER  OF DEFAULT JUDGMENT

By Elena ; of the family Strujan Claimant/ Plaintiff  PROPOSED ORDER

# NON-JUDICIAL CLAIM

Claimant, Elena Strujan, a natural woman, a victim crime require the Clerk of the Court Enter the ORDER OF DEFAULT JUDGMENT under **Res Ipsa Loquitur** and **Mala in se** doctrine under Common Law against MICHAEL CIOROIU ALL OTHERS UNLISTED, BOTH KNOWN and UNKNOWN at this time.

Dated this _____ day of _____, 2018

_____
Clerk of the Court



By Elena ; of the family Strujan Claimant/ Plaintiff PROPOSED ORDER

# NON-JUDICIAL CLAIM

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER*
*AMERICA".*
*"NO ONE IS ABOVE- THE- LAW" , "ALL  ARE EQUAL UNDER THE LAW".*



*The United  States District  Court  Southern District of New York*

————————————————— x

Elena  Strujan                                    **DOCKET: _____**

*Plaintiff,*

——————————— *v.*

MICHAEL CIOROIU                          **FILE ON DEMAND OF**
                                                          **CERTIFICATE**
ALL OTHERS UNLISTED, BOTH KNOWN      **FOR  DEFAULT JUDGMENT**
        UNKNOWN
                *WRONGDOERS/DEFENDANTS*

————————————————— x



1of 2
**By Elena ; of the family Strujan Claimant/ Plaintiff FILE ON DEMAND**

# NON-JUDICIAL CLAIM

COMES NOW *Elena Strujan* A NATURAL CITIZEN OF THE REPUBLIC, LIVING IN THE REPUBLIC OF NEW YORK, TO DEMAND that the clerk perform only a ministerial function, that the clerk not perform any tribunal functions, and that the Clerk file the attached true paper in response to the above case.

**USC 18 §2076 - Clerk is to file:** Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

**USC 18§2071 - Whoever willfully** and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.

**18 USC §1512b - Whoever knowingly** uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent ... an official proceeding; (2) cause or induce any person to - (a) withhold ... a document, or other object, from an official proceeding; (b) alter, destroy, mutilate, or conceal an official proceeding; ... shall be fined under this title or imprisoned not more than 20 years, or both.

**N.Y. Penal Code §195.00, official misconduct by knowingly** ... failing to perform duties, which act, or failure to act, is designated an act of Official Misconduct and is a Class A misdemeanor

**N.Y. Penal Code §195.05,** obstructing governmental administration in the second degree by intentionally obstructing, impairing or perverting the administration of law, government function of performance of official function by intimidation, force, interference or unlawful act, which act, or failure to act, is designated an act of Official Misconduct and is a Class A misdemeanor.

I say here, and I will verify in open Court if necessary that all herein be true.
I will do my best, and God will do the rest.
All Rights Reserved Under UCC1-308 None waived.

Dated: August 16, 2018

By: _____

Elena Strujan- Claimant a natural woman
Sui Juris, Under Duress, Attorn at us Privatus.
P. O. Box 20632, New York, N. Y., [10075]
646-234-2421, estrujan2016@gmail.com

"BENEATH THE SHADOW OF WINGS, O LORD"
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
**"OBEY THE CONSTITUTION"**

**By Elena ; of the family Strujan Claimant/ Plaintiff FILE ON DEMAND**