# NON-JUDICIAL CLAIM

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER*
*AMERICA".*
*"NO ONE IS ABOVE- THE- LAW" , "ALL  ARE EQUAL UNDER THE LAW".*



## The United  States District  Court Southern District of New York

———————————————————————— x

Elena  Strujan

*Plaintiff,*

*v.*

**MICHAEL CIOROIU**
**ALL OTHERS UNLISTED, BOTH KNOWN**
**UNKNOWN**

*WRONGDOERS/DEFENDANTS*

———————————————————————— x

**DOCKET: 18 cv 7469**

*CERTIFICATE OF SERVICE*

8/22/18

I, Elena Strujan, Claimant, a common  woman, Sui Juris, Under Duress, Attornatus Privatus
declare under penalty of perjury that I served a copy of the attached NON_JUDICIAL CLAIM

1of4

**By Elena ; of the family Strujan Claimant/ Plaintiff CERTIFICATE OF SERVICE**

# NON-JUDICIAL CLAIM

Notice of Motion , Affirmation in support of Notice of Motion (plus Exhibits), Request for Certificate of Default, Proposed Order, Notice of Entry of Proposed Order to RESPONDENT;

MICHAEL CIOROIU, 247 3rd Ave # L3, New York, NY 10010, and by mail at the same address.*(the hreceipt from Post office on Pg. #1, on August 18, 2018.*

I say here, and I will verify in open Court if necessary that all herein be true.
I will do My best, and God will do the rest. I Reserve ALL Natural God-Given
Indefeasible Birthrights, Waiving None, Ever UCC1-308, UCC 1-103.6.

Dated: August 18,   2018

Elena Strujan- Petitioner, a common woman
Sui Juris, Under Duress, Attornatus Privatus.
P. O. Box 20632, New York, N. Y., [10075]
646-234-2421, estrujan2016@gmail.com

**"SUB UMBRA ALARUM TAURUM"**
*"BENEATH THE SHADOW OF WINGS, O LORD"*
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
**I Women of Flesh and Blood,** UCC 1-308, UCC 1-103.6
"OBEY THE CONSTITUTION"

*NOTE: Wrote and printed from a Public computer and printer with all risks.*
WITNESS: My hand and official seal. End of document.

Sworn before me, Elena Strujan Notary
Public of New York on 18th day of August
2018.

IRIS RU WEN YE
Notary Public - State of New York
NO. 01YE6341975
Qualified in Queens County
My Commission Expires May 16, 2020

2of 4

By Elena ; of the family Strujan Claimant/ Plaintiff **CERTIFICATE OF SERVICE**



3/4



*Sent Second copy of Non Judicial Claim to MICHAEL CIOROLU.*

JACKSON HEIGHTS
7802 37TH AVE
JACKSON HEIGHTS
NY
11372-9997
3528910016
08/18/2018    (800)275-8777    2:18 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Large Envelope | 1 | $1.84 |
| (Domestic) | | |
| (NEW YORK, NY 10010) | | |
| (Weight:0 Lb 4.80 Oz) | | |
| (Estimated Delivery Date) | | |
| (Monday 08/20/2018) | | |
| CTOM - Individual - Domestic | 1 | $1.40 |
| Total | | $3.24 |
| Cash | | $5.00 |
| Change | | ($1.76) |

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages

**UNITED STATES POSTAL SERVICE®**    **Certificate Of Maili**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for me.
This form may be used for domestic and international mail.

From: Elena Shuejan
P.O. Box 20638
New York, N.Y.
10075

To: MICHAEL CIOROIU
247 3rd Avenue #
N.Y, NY 10080

PS Form **3817**, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE
JACKSON HEIGHTS, NY
AUG 18
**$1.40**
R2305K131229-04

4/4