UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELENA STRUJAN,

                Plaintiff,

-against-

MICHAEL CIOROIU – A PERSON; ALL OTHERS UNLISTED BOTH KNOWN AND UNKNOWN,

                Defendants.

18-CV-7469 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued October 12, 2018, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 12, 2018
          New York, New York

                                              Louis L. Stanton
                                                  U.S.D.J.