*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"*- Th. Jefferson
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"*-G. Washington.
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE USE IT TO BUILD A BETTER, STRONGER AMERICA".*
*"COMMON LAW IS A FOUNTAIN OF JUSTICE, PERENNIAL AND PERPETUAL"*-Webster
*"NO ONE IS ABOVE- THE- LAW"*-Magna Carta , *"ALL ARE EQUAL UNDER THE LAW".*



*The United States District Court Southern District of New York*

Elena Strujan

USM4C
SDNY

*Claimant,*

MICHAEL ololoolu et all.

**WRONGDOERS/DEFENDANTS**

**DOCKET:** 18cv-7469(CM) LLS

**FILE ON DEMAND** THE SECOND
OF WRIT OF ERROR QUAE
CORAM NOBIS RESIDENT
FILED IN COURT ON 3/10/20
AND RETURNED TO ME
see attachment (Es). 6592
ES 06/15/20

RECEIVED
JUN 18 2020
PRO SE OFFICE
1 of 2

RECEIVED
2020 JUN 15 AM 10:33
SECOND CIRCUIT
RIGHT DEPOSITORY
APPEALS



# COURT OF RECORD

**COMES NOW** *Elena Strujan (Eg)* **A NATURAL CITIZEN OF THE REPUBLIC, LIVING IN THE REPUBLIC OF NEW YORK, TO DEMAND** that the clerk perform only a ministerial function, that the clerk not perform any tribunal functions, and that the Clerk file the attached true paper in response to the above case.

**USC 18 §2076 - Clerk is to file:** Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

**USC 18§2071 - Whoever willfully** and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.

**18 USC §1512b - Whoever knowingly** uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent ... an official proceeding; (2) cause or induce any person to - (a) withhold ... a document, or other object, from an official proceeding; (b) alter, destroy, mutilate, or conceal an official proceeding; … shall be fined under this title or imprisoned not more than 20 years, or both.

**N.Y. Penal Code §195.00, official misconduct by knowingly** … failing to perform duties, which act, or failure to act, is designated an act of Official Misconduct and is a Class A misdemeanor

**N.Y. Penal Code §195.05,** obstructing governmental administration in the second degree by intentionally obstructing, impairing or perverting the administration of law, government function of performance of official function by intimidation, force, interference or unlawful act, which act, or failure to act, is designated an act of Official Misconduct and is a Class A misdemeanor.

I say here, and I will verify in open Court if necessary that all herein be true.
I will do my best, and God will do the rest.
All Rights Reserved Under UCC1-308. None waived.

*"If I were to remain silent, I'd be guilty of complicity"- Albert Einstein.*

**"SUB UMBRA ALARUM TAURUM"**
*"BENEATH THE SHADOW OF WINGS, O LORD"*
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
"OBEY THE CONSTITUTION"

Dated: June 22, 2020

By: _____
Elena Strujan- Claimant a natural live woman
Sui Juris, Under Duress, Attornatus Privatus.
P. O. Box 20632, New York, N. Y., 10021
646-234-2421, estrujan2016@gmail.com

*Wrote and printed from a Public computer and printer with all risks.*
WITNESS: My hand and official seal. End of document.

# NON-JUDICIAL CLAIM

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER AMERICA".*
*"COMMON LAW IS A FOUNTAIN OF JUSTICE, PERENNIAL AND PERPETUAL"-Webster.*
*"NO ONE IS ABOVE- THE- LAW"= Magna Carta , "ALL  ARE EQUAL UNDER THE LAW".*



The United  States District Court Southern District of  New York

RECEIVED NY PRO SE OFFICE

----------------------------------------x

Elena  Strujan

         *Claimant/Plaintiff,*

        *v.*

**MICHAEL CIOROIU**
**ALL OTHERS UNLISTED, BOTH KNOWN**
**And UNKNOWN**
        *WRONGDOERS/DEFENDANTS*

----------------------------------------x

**DOCKET: 18-CV-7469**

*SECOND (E9)*

**WRIT OF ERROR QUAE
CORAM NOBIS RESIDENT
FOR NON-JUDICIAL  CLAIM**

TO THE CLERK AND THE MAGISTRATE  OF THE COURT OF RECORD:
   *(In a Court of record a Judge is Magistrate).*

     I, Elena Strujan  Claimant, the crime victim,  a natural living woman,  hereby I file this WRIT OF ERROR QUAE CORAM NOBIS RESIDENT at the Magistrate LOUIS  L. STANTON Order dated October 12, 2018  (See **EXHIBIT Pg. 1-6**).



*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER*
*AMERICA".*
*"COMMON LAW IS A FOUNTAIN OF JUSTICE, PERENNIAL AND PERPETUAL"-Webster.*
*"NO ONE IS ABOVE- THE- LAW"= Magna Carta , "ALL  ARE EQUAL UNDER THE LAW".*



## The United States District Court Southern District of New York

———————————————————— x

Elena  Strujan

       *Claimant/Plaintiff,*

       *v.*

**MICHAEL CIOROIU**
**ALL OTHERS UNLISTED, BOTH KNOWN**
   **And UNKNOWN**
      *WRONGDOERS/DEFENDANTS*

———————————————————— x

**DOCKET: 18-CV-7469**

*SECOND (2^)*

**WRIT OF ERROR QUAE**
**CORAM NOBIS RESIDENT**
**FOR NON-JUDICIAL  CLAIM**

TO THE CLERK AND THE MAGISTRATE  OF THE COURT OF RECORD:
   *(In a Court of record a Judge is Magistrate).*

    I, Elena Strujan  Claimant, the crime victim,  a natural living woman,  hereby I file this WRIT OF
ERROR QUAE CORAM NOBIS RESIDENT at the Magistrate LOUIS  L. STANTON Order dated
October 12,  2018  **(See EXHIBIT Pg. 1-6).**

2020 JAN 15  PM 10: 33
RECEIVED

# NON-JUDICIAL CLAIM

*"The writ of coram nobis was available at common law to correct errors of fact. It was allowed without limitation of time for facts that affect the "validity and regularity" of the judgment, and was used in both civil and criminal cases". United States v. Morgan, 345 U.S 502, 507-08(1954).*

1. **Coram Nobis is recognized by New York State Courts** — (https://en.wikipedia.org/wiki/Coram_nobis#Coram_nobis_in_United_States_federal_courts)

2. I do this Writ because HON. MAGISTRATE LOUIS L. STANTON in his Order did not respect My natural rights protected by the USA Constitution and practice Discrimination under color of Law.

3. I tried to pay the fee of $ 47 for My NON JUDICIAL CLAIM in a Court of Record under Common Law Jurisdiction for an ORDER OF DEFAULT because the WRONGDOERS/DEFENDANTS who are not incompetent, imbecile or work in military field, with guilty knowledge refused to answer at My lawfully NOTICE OF COMMON LAW (submitted as EXHIBIT in My Affirmation at the Motion for Default) or to sue Me a natural live woman in a Court de Jure (Common Law Court) for any defense. The WRONGDOERS/RESPONDENTS with their criminal acts and medical malpractice created Me daily torture and for this reason they were silent.

4. The Clerk refused to take My money and in abuse of power unlawfully and against My wish filed My NON JUDICIAL CLAIM for a Court of Record under Common Law Jurisdiction as a CIVIL CLAIM.

5. MAGISTRATE LOUIS L. STANTON who practice discrimination under color of law ignored all My lawfully natural and Constitutional rights ( *"Constitutional 'rights' would be of little value if they could be indirectly denied."* - Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644) and dismissed My lawful NON JUDICIAL CLAIM, filed abusive as CIVIL CLAIM, Sua Sponte, arguing that My NON JUDICIAL CLAIM it is *", frivolous, malicious, the Court lacks subject matter jurisdiction...over this action,.. not suggest the existence of a federal cause of action...the Court lacks diversity jurisdiction to adjudicate this matter "* and that *" any appeal from this order would not be in good fight'* **( EXHIBIT Pg. 1-6).**

6. My NON JUDICIAL CLAIM for DEFAULT JUDGMENT had jurisdiction in a Court of Record under Common Law Jurisdiction but abusive the Court filed as Civil Claim and denied My lawful NON JUDICIAL CLAIM and *"motion for default judgment (ECF No.7) is denied as moot "* **(EXHIBIT Pg. 4),** Sua Sponte.

   *"There can be no sanction or penalty imposed upon one because of his exercise of Constitution rights."* - Sherar vs. Cullen 481 F 2D 946, (1973). *"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."* [Shuttlesworth v. City of Birmingham, Alabama, 373 U.S.262].
   *" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"*- Th. Jefferson.

7. <u>The MAGISTRATE (JUDGE) in a NON JUDICIAL CLAIM knows that he/she cannot remove a lien because My claim is in Common Law (UCC 1-103.6) not in a Statutory Law.</u>

8. MAGISTRATE LOUIS L. STANTON dismissing My lawful NON JUDICIAL CLAIM encouraged all WRONGDOERS/RESPONDENTS to fraud the American Government to pay all My expenses to...

C59Z
3/7/2020



2 /

survive, to INSULT THE AMERICAN JUSTICE by ignoring the patient's rights and to insult Me a natural live woman one of We The People which I came in this country for a better life not to be a litigant and to suffer daily due the WRONGDOERS/RESPONDENTS greed for money, criminal acts and malpractice.

9. In Racketeering corruption all WRONGDOERS INSULT THE JUSTICE consider to be ABOVE-THE- LAW encouraged by the JUDICIAL SYSTEM.

10. I filed in the UNITED STATES OF AMERICA FOR THE SOUTHERN DISTRICT COURT on <u>October 29, 2018</u> My lawful *"NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM LIEN, AFFIDAVIT OF TRUTH, OBLIGATIONS AND FACTS AND CLAIM IN COMMERCE FOR DAMAGES"* under Claim 18 cv 7469, addressed to the U.S.A. SOUTHERN DISTRICT COURT, LOIUS L. STATON, RUBY J. KRAJICK AND ALL OTHER UNKNOWN AT THIS TIME "**(here on EXHIBIT Pg. 7-15)** where I required the WRONGDOERS/RESPONDENTS to provide Me the laws which interdict Me a natural live woman the right for Justice in a Court of Record under Common Law Jurisdiction and the law to covert My NON JUDICIAL CLAIM in Civil Claim to be res judicata. NO ANY ANSWERS. <u>All are in Default with no credibility</u>

11. On <u>November 21, 2018</u> MAGISTRATE LOUIS L. STANTON in abuse of power, with discrimination under color of law ,or having a bad day at his 93 years old, being in Default, knowing I will fight for <u>My years of injustice  and terrible harm</u> done by the WRONGDOERS to Me signed an BAR ORDER , to interdict Me a natural live woman to fight for justice " *in forma pauper (IEF)* " and **all Judges unlawfully, in abuse of power use his Order to deny Sua Sponte My lawfully NON JUDICIAL CLAIMS <u>even I paid the fee and I am not in forma pauper.</u>**

12. <u>Also MAGISTRATE LOUIS L. STANTON Sua Sponte, being in Default dismissed another eight of My lawfully  NON JUDICIAL CLAIMS, filed  unlawfully and abuse of power  as Civil case .</u>

13. My lawfully NON JUDICIAL CLAIM is under Res Ipsa Loquitur* and  Mala in Se** Doctrine and Discrimination under color of law.

14. I have nothing against Government but I condemn his tolerance for corruption and injustice. I have stated before, that I have great admiration for the Magistrates. Their training, discernment, experience, and wisdom are of great value in guiding this court toward a just resolution of issues. But, we are mindful of the wisdom of Thomas Jefferson when he commented:

> *"We all know that permanent judges acquire an esprit de corps; that, being known, they are liable to be tempted by bribery; that they are misled by favor, by relationship, by a spirit of party, by a devotion to the executive or legislative; that it is better to leave a cause to the decision of cross and pile[1] than to that of a judge biased to one side."[2]*

---

[1] Cross and pile: a coin flip
[2] Thomas Jefferson to Abbe Arnoux, 1789. Papers, 15:283



6592
3/7/2020

3/4

# NON-JUDICIAL CLAIM

15. The named WRONGDOERS/DEFENDANTS from caption are accused by this instrument of the offense of violation of the U.S. CONSTITUTION, the SUPREME LAW OF THE LAND (being as it is, on Land) which is a <u>paramount law.</u> All people living in this country are subject to the Common Law *above all else.*

*"COMMON LAW IS A FOUNTAIN OF JUSTICE, PERENNIAL AND PERPETUAL"-Webster.*

*My NON JUDICIAL CLAIM is in Common Law not CIVIL LAW, and not res judicata.*

## CONCLUSION

Justice was not served in My lawfully NON JUDICIAL CLAIM.
The Dismissal Order should be reversed.
My lawfully SECOND WRIT OF ERROR SHOULD BE GRANTED
and the ORDER FOR DEFAULT JUDGMENT SIGNED.

I say here, and I will verify in open Court if necessary that all herein be true.
I will do My best, and God will do the rest. I Reserve ALL Natural God-Given Birthrights,
Waiving None, Ever UCC 1-308, UCC 1-103.6.

## *"If I were to remain silent, I'd be guilty of complicity"- Einstein.*

Attested autograph by My Hand and Seal

**"SUB UMBRA ALARUM TAURUM"**
*"BENEATH the SHADOW of the BULL's LORD"*
Dated: March 7, 2020
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
"BY THE CONSTITUTION"

Elena Strujan- Petitioner, a common live woman
Sui Juris, Under Duress, Attornatus Privatus.
P. O. Box 20632, New York, N. Y., 10021
646-234-2421, estrujan2016@gmail.com

Wrote and printed from a Public computer and printer with all risks.
WITNESS: My hand and official seal. End of document.

---

\* Res ipsa loquitur - Wikipedia *https://en.wikipedia.org/wiki/Res_ipsa_loquitur*
In the common law of torts, **res ipsa loquitur** (Latin for "the thing speaks for itself") is a doctrine that infers negligence from the very nature of an accident or injury in the absence of direct evidence on how any defendant behaved.
Res ipsa loquitur - Legal Dictionary | Law.com *https://dictionary.law.com/Default.aspx?selected=1823*
**res ipsa loquitur.** (rayz ip-sah loh-quit-her) n. Latin for "the thing speaks for itself," a doctrine of law that one is presumed to be negligent if he/she/it had exclusive control of whatever caused the injury even though there is no specific evidence of an act of negligence, and without negligence the accident would not have ...
\*\* Mala In Se - Criminal Law Crime Classifications | LectLaw.com(*https://www.lectlaw.com/mjl/cl018.htm*)
**Mala in se** (the singular is malum in **se**) is a term that signifies crime that is considered wrong in and of itself.
The phrase is Latin and literally means wrong in itself. This class of crime is contrasted by crimes **mala** prohibita, the Latin term for "wrong because they are prohibited."

**"SUB UMBRA ALARUM TAURUM"**

*"BENEATH THE SHADOW OF WINGS, O LORD"*
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
**I Women of Flesh and Blood**, UCC 1-308, UCC 1-103.6
"OBEY THE CONSTITUTION"

Docket 18-cv-7769 (LLS)

# EXHIBIT

Pg. 1-6 - Order of Dismissal dated 10/12/2018

Pg. 7-15 MY NCL served to USDC SD of NY
and Magistrate Louis L. Stanton et all
(IN DEFAULT)

6 5112
3/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELENA STRUJAN,

                              Plaintiff,

                -against-

MICHAEL CIOROIU – A PERSON; ALL
OTHERS UNLISTED BOTH KNOWN AND
UNKNOWN,

                              Defendants.

---

18-CV-7469 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued October 12, 2018, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 12, 2018
         New York, New York

                                          Louis L. Stanton
                                          Louis L. Stanton
                                          U.S.D.J.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELENA STRUJAN,

                Plaintiff,

        -against-

MICHAEL CIOROIU – A PERSON; ALL
OTHERS UNLISTED BOTH KNOWN AND
UNKNOWN,

                Defendants.

---

18-CV-7469 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

      Plaintiff brings this action *pro se* and *in forma pauperis*. She invokes this Court's

jurisdiction under 28 U.S.C. § 1332. By order dated August 28, 2018, the Court granted Plaintiff

60 days' leave to amend the complaint. On September 24, 2018, Plaintiff filed an amended

complaint, to which the following discussion is addressed. For the reasons set forth below, the

Court dismisses the action for lack of subject matter jurisdiction.

### STANDARD OF REVIEW

      The Court must dismiss an *in forma pauperis* complaint, or portion thereof, that is

frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary

relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *see*

*Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998). The Court must also

dismiss a complaint when the Court lacks subject matter jurisdiction. *See* Fed. R. Civ. P.

12(h)(3). While the law mandates dismissal on any of these grounds, the Court is obliged to

construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret

them to raise the "strongest [claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470



F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in original).

The Court's "special solicitude," *Ruotolo v. I.R.S.*, 28 F.3d 6, 8 (2d Cir. 1994) (per curiam), has its limits, however, because *pro se* pleadings still must comply with Rule 8 of the Federal Rules of Civil Procedure. Rule 8 requires a complaint to make a short and plain statement showing that the pleader is entitled to relief. A complaint states a claim for relief if the claim is plausible. *Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009) (citing *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)).

To review a complaint for plausibility, the Court accepts all well-pleaded factual allegations as true and draws all reasonable inferences in the pleader's favor. *Id.* But the Court need not accept "[t]hreadbare recitals of the elements of a cause of action," which are essentially legal conclusions. *Id.* at 678 (citing *Twombly*, 550 U.S. at 555). As set forth in *Iqbal*:

> [T]he pleading standard Rule 8 announces does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation. A pleading that offers labels and conclusions or a formulaic recitation of the elements of a cause of action will not do. Nor does a complaint suffice if it tenders naked assertions devoid of further factual enhancement.

*Id.* (internal citations, quotation marks, and alteration omitted). After separating legal conclusions from well-pleaded factual allegations, the court must determine whether those facts make it plausible – not merely possible – that the pleader is entitled to relief. *Id.*

### BACKGROUND

The Court assumes familiarity with its August 28, 2018 order to amend. In short, Plaintiff, a New York resident, brings this action against Defendant, who Plaintiff alleges is also a New York resident. That is still the case in the amended complaint, and it is this non-diverse



citizenship which deprives this Court of jurisdiction. Plaintiff seeks compensatory damages in the amount of $500 million.

## DISCUSSION

### I.   Subject Matter Jurisdiction

The Court lacks subject matter jurisdiction over this action. Subject matter jurisdiction, simply put, is the Court's power to adjudicate a case. The subject matter jurisdiction of the federal district courts is limited and is set forth generally in 28 U.S.C. §§ 1331 and 1332.

Under these statutes, federal jurisdiction is available only when a "federal question" is presented or when plaintiff and defendant are citizens of different states and the amount in controversy exceeds the sum or value of $75,000. "'[I]t is common ground that in our federal system of limited jurisdiction any party or the court *sua sponte*, at any stage of the proceedings, may raise the question of whether the court has subject matter jurisdiction.'" *United Food & Commercial Workers Union, Local 919, AFL-CIO v. CenterMark Prop. Meriden Square, Inc.*, 30 F.3d 298, 301 (2d Cir. 1994) (quoting *Manway Constr. Co., Inc. v. Hous. Auth. of the City of Hartford*, 711 F.2d 501, 503 (2d Cir. 1983)). "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3); *see also Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (noting that "subject-matter delineations must be policed by the courts on their own initiative").

To invoke federal question jurisdiction under 28 U.S.C. § 1331, a plaintiff's claims must arise "under the Constitution, laws, or treaties of the United States." A case arises under federal law if the complaint "establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law." *Bay Shore Union Free Sch. Dist. v. Kain*, 485 F.3d 730, 734-35 (2d Cir. 2007) (quoting *Empire Healthchoice Assur., Inc. v. McVeigh*, 547 U.S. 677, 690 (2006)). Mere invocation of

3



federal jurisdiction, without any facts demonstrating a federal law claim, does not create federal subject matter jurisdiction. *See Nowak v. Ironworkers Local 6 Pension Fund*, 81 F.3d 1182, 1188-89 (2d Cir. 1996).

To establish diversity jurisdiction under 28 U.S.C. § 1332, a plaintiff must first allege that she and the defendant are citizens of different states. *Wis. Dep't of Corr. v. Schacht*, 524 U.S. 381, 388 (1998). Diversity must be complete, which means that "no plaintiff and no defendant [may be] citizens of the same State." *Id.* In addition, the plaintiff must allege to a "reasonable probability" that the claim is in excess of the sum or value of $75,000.00, the statutory jurisdictional amount. *See* 28 U.S.C. § 1332(a); *Colavito v. N.Y. Organ Donor Network, Inc.*, 438 F.3d 214, 221 (2d Cir. 2006) (citation and internal quotation marks omitted).

Plaintiff does not state that she seeks relief under the Constitution or laws of the United States, and the facts that Plaintiff asserts in the complaint do not suggest the existence of a federal cause of action. And because Plaintiff alleges that Defendant is, like Plaintiff, a citizen of New York, there is not complete diversity among the parties in this action. Thus, the Court lacks diversity jurisdiction to adjudicate this matter. The Court must therefore dismiss this action without prejudice.[1] *See* Fed. R. Civ. P. 12(h)(3); *Hernandez v. Conriv Realty Assocs.*, 182 F.3d 121, 123 (2d Cir. 1999) ("[W]here a court lacks subject matter jurisdiction, it also lacks the power to dismiss with prejudice."). Accordingly, Plaintiff's motion for a default judgment (ECF No. 7) is denied as moot.

---

[1] The Court takes no position on any claims that Plaintiff wishes to assert in the appropriate forum.



## II.    Leave to Amend

Plaintiff proceeds in this matter without the benefit of an attorney. Even where a complaint suffers from fatal deficiencies, district courts generally should grant a self-represented plaintiff an opportunity to amend his or her complaint to cure its defects, unless amendment would be futile. *See Hill v. Curcione*, 657 F.3d 116, 123-24 (2d Cir. 2011); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988). Indeed, the Second Circuit has cautioned that district courts "should not dismiss [a *pro se* complaint] without granting leave to amend at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated." *Cuoco v. Moritsugu*, 222 F.3d 99, 112 (2d Cir. 2000) (quoting *Gomez v. USAA Fed. Sav. Bank*, 171 F.3d 794, 795 (2d Cir. 1999)). Because the defects in the complaint cannot be cured with an amendment, the Court declines to grant Plaintiff leave to amend the complaint.

## CONCLUSION

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Plaintiff's complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed without prejudice for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). The Court denies Plaintiff's motion for a default judgment (ECF No. 7) as moot and instructs the Clerk of Court to terminate all pending motions in this matter.



The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 12, 2018
         New York, New York

                                        *Louis L. Stanton*
                                         Louis L. Stanton
                                         U.S.D.J.

**"SUB UMBRA ALARUM TAURUM"**
*"BENEATH THE SHADOW OF WINGS, O LORD"*
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
I Woman of Flesh and Blood, UCC 1-308, UCC 1-103.6
"OBEY THE CONSTITUTION"

# EXHIBIT 1

I served *UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK*

*Hon. LOUIS L. STATON, RUBY J. KRAYICK et all.* as firsthand knowledge with *My LAWFULY NON –JUDICIAL "NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN, AFFIDAVIT OF TRUTH, OBLIGATION AND FACTS, and CLAIM IN COMMERCE FOR DAMAGES".* <u>With trespass he/she refused to answer.</u>

*"He /She who does not deny, admits"*

*"Except for a Jury, it is also a fatal offence for any person, even a judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit".*



6592
11/8/18



## NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN, AFFIDAVIT OF TRUTH, OBLIGATION AND FACTS, and CLAIM IN COMMERCE FOR DAMAGES / ( ES )

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE USE IT TO BUILD A BETTER, STRONGER AMEERICA".*
*"COMMON LAW IS A FOUNTAIN OF JUSTICE, PERENNIAL AND PERPETUAL"-Webster*
*"NO ONE IS ABOVE- THE- LAW", "ALL ARE EQUAL UNDER THE LAW".*



### *The United States of America*

#### FOR THE DISTRICT COURT OF NEW YORK
#### IN THE COUNTY OF NEW YORK
#### JURISDICTION: 42 U.S.C. & 1983 and 1985, 18 U.S.C & 241 and 242, UCC 1-103.6
#### New York State and the U.S.A  Constitution, UCC 1-103.6, Human Rights

Party/Grievant/Crime Victim/Accuser:

Elena Strujan, a.k.a: Elena Chitoiu; a natural
woman, Under Duress, Attornatus Privatus
P. O. Box 20632, New York, N. Y., [10075]
646-234-2421, estrujan2016@gmail.com,
elanc23@aol.com

COUNTER PARTIES/RESPONDENT/ACCUSED
*Relate to Non –Judicial Claims*
UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK- A
FICTION;



1

# NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN, AFFIDAVIT OF TRUTH, OBLIGATION AND FACTS, and CLAIM IN COMMERCE FOR DAMAGES ( _____ (EX)

LOUIS L. STATON- A PERSON, Louis L. Staton, A Judge , A man ;
RUBY J. KRAJICK- A PERSON, Ruby J. Krajick- Clerk of the Court.
AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN.

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT;
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

The Commercial Lien Process containing My Affidavit and the required response to My Affidavit are NON –JUDICIAL and PRE-JUDICIAL since:

A. No Court, Judge, Government or any agencies thereof, can rescind anyone's AFFIDAVIT OF TRUTH; and
B. The Respondent attacked by an AFFIDAVIT can speak and act for himself and is exclusively responsible for responding with his own AFFIDAVIT OF TRUTH, which no one else (inclusive lawyers) can do for him.

A Common Law Commercial Lien is a process that any Human Being can hire in order to obtain lawful remedy from somebody who have tried to –or have colluded to- injuries. Such wrongs are known as " torts". The base of Commercial Law is based on certain perpetually just, valid, and ethical precepts, has persisted unchanged for at least six (6) millennia.

The Commercial Lien process is a construct of the Common Law (The Law-of –the –Land), and United States of America is a Common Law jurisdiction (being as it is, on Land). All people living in this country is subject to the Common Law *above all else.*

## AFFIDAVIT OF TRUTH AND FACTS. IMPORTANT MENTION AT NOTICE

I Elena Strujan , a.k.a: Elena Chitoiu; a Natural Common Woman, Living Being, Aggrieved, Wronged, Harmed, Abused, Sui Juris, Under Duress, I said under Oath that I have personal knowledge of the facts and matters herein are correct, true, complete, not misleading, admissible as evidence and signed under penalty of perjury. The above named Defendants/ Respondents/ Accused are accused by this instrument of the offense of violation of the herein listed and marked parts of the U.S. CONSTITUTION; the ————→ (ex) SUPREME LAW OF THE LAND (being as it is, on Land) which is a **paramount law.** All people living in this country is subject to the Common Law *above all else,* also NYC Constitution (Ex)

The Counter Parties/Respondent/Accused/Debtors, did unlawfully compel the numerous crimes and Constitutional violations as meticulous described in the following pages. This Claim for damages is an "AFFIDAVIT *OF OBLIGATION*" in the usual commercial claim. It is an *" Lien"* upon the real and flexible propriety, negligence of any kind, error and omissions insurance, terrorism insurance and routine bonds of the above –cited Counter Parties/Respondent/Accused/Debtors, and the criminally " accused".

This NOTICE is hereby given that failure or refusal to contest the present AFFIDAVIT OF TRUTH AND FACTS within seven (7) days*( because I served personal) all My point –by –point with points in law shall be an _____→ next page pleads (ex)

---

*REGULATION Z- The Truth in Lending Act (TILA), 15 USC 1601 et seq., was enacted on May 29, 1968, as title 1 of the Consumer Credit Protection Act (Pub. L. 90-321). The TILA, implemented by Regulation Z (12 CFR 226), became effective July 1, 1969.

# NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN, AFFIDAVIT OF TRUTH, OBLIGATION AND FACTS and CLAIM IN COMMERCE FOR DAMAGES

admission that the points and facts listed below are settled facts and shall create the legal presumption that your constructive silence is to conceal incriminating evidence and facts.

Non –positive law in the form of statutes, acts, or codes are not applicable. A failure to contest the facts and the truths below under an *AFFIDAVIT OF TRUTH AND FACTS*, under *SWORN OATH* by **the firsthand** knowledge, and under Penalty of Perjury addressing each and every point means agree with the un-addressed facts and points as set forth and with the obligations described.

Received of this AFFIDAVIT OF TRUTH AND FACTS needs a response as required above. Acquiescence will be your answer to all above statements if you fail or refuse to send Me a written response in a custom of a rebuttal. Simply denial of the facts below is not enough to rebut the points and facts outlined below. Written evidence and Sworn Testimony are obligatory to rebut each and every point denied.

The Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distress are all corporate government. Later government cannot exercise the power to expunge commercial process.

*"An Affidavit if not contested in a timely manner is considered undisputed facts as a matter of law"* – [Morris v. NCR, 44 SW2d 433]. *"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading"*- [U.S. v Pruden, 424 F.2d 1021(1970)].

"DUE PROCESS: *"No person shall... be deprived of life, liberty, or property without 'due process of law'; [5th Amendment] a similar provision exists in all the state constitutions; the phrases 'due course of law' and the 'law of the land' are sometimes used; but, all three of these phrases have the same Meaning; and, that applies conformity with the ancient and customary laws of the English people or laws indicated by parliament..."* Davidson v. New Orleans 96 U.S. 97, 24, L Ed 616. "'

*"Due process of law and the equal protection of the laws are secured if the laws operate on all alike and do not subject the individual to an arbitrary exercise of the powers of government."* Duncan v. Missouri, 152, U.S. 382,14 SUP. CT. 570, 38 L. ED, 485.

## MAXIMS OF COMMERCIAL LAW

*"All man and women know that the foundation of law and commerce exist in the telling of the truth, and nothing but the truth". "Truth, as a valid statement of reality, is sovereign in commerce", "An unrebutted affidavit stands as truth in commerce". "An unrebutted affidavit is acted upon as the judgment in commerce". "Guaranteed- All men shall have a remedy by the due course of law. If a remedy does not exist, or if the remedy has been subverted, then one may create a remedy for themselves- and endow it with credibility by expressing it in their affidavit". "No one is above- the – law". It is against the law for a judge to summarily remove. Dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a Commercial Lien". "Truth is expressed in the form of an affidavit"- in commerce an affidavit is the base for any commercial transaction. "He who does not deny, admits".*

*"A un- rebutted affidavit is the judgment in commerce. There is nothing to resolve. Any proceedings in a court, tribunal, or arbitration forum consists of a consent, or duel, of commercial affidavits wherein the points remaining un –rebutted in the end stand as the facts to which a judgment is applied".*

## AFFIDAVIT OF TRUTH AND PLAIN STATEMENT OF FACTS



3

10/15

**NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN, AFFIDAVIT OF TRUTH, OBLIGATION AND FACTS, and CLAIM IN COMMERCE FOR DAMAGES A̶ ̶ ̶ ̶ (Es) ̶ ̶ ̶ ̶ ̶INVESTIGA̶ ̶ ̶ ON.**

    I, Elena Strujan, I am a natural common woman, a living flesh and blood woman, a creation of Almighty God an Attornatus Privatus, not an Ens Legis Entity or Corporation , Under Duress. I am NOT an infant, an incompetent, an imbecile.

    I, Elena Strujan I am a crime victim of UNITED STATES·DISTRICT COURT-SOUTHERN DIISTRICT OF NEW YORK, LOUIS L. STATON, RUBY J. KRAJICK AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN as RESPONDENT /LIENEES/ACCUSED.

1. I do NOT consent, nor authorize, anyone to speak for Me, represent Me, nor make determinations on My behalf.
2. I am NOT a " person" nor "individual" nor any form of fiction having been created by you as described and used in your various acts, codes, or statutes and , not being a "fiction" but a living soul, 3. I do NOT recognize your fictions nor your fictional rulemaking as they do NOT apply to a living soul of the people.
3. I recognize only true Common Law Courts of Record (Black's Law 4th ed. Pg. 425).
4. Because justice was not served in My case and being protected by the USA and NYS Constitution unchanged from: *1775 (Es)*

"The un-codified common law is the superior law of the *people* and the codified civil law is the special or inferior law of the government and its agency. Because the United States Constitution guarantees to each state a republican form of government[1] (not a democracy)[2], **Article IV, section 4, of the United States Constitution**, the law of the people outranks the law of the government.[3] Access to the common law is guaranteed by the U.S. Constitution.[4]

New York Constitution, Article I, Section 14 :

*Such parts of the common law, and of the acts of the legislature of the colony of New York, as together did form the law of the said colony, on the nineteenth day of April, one thousand seven hundred seventy-five, and the resolutions of the congress of the said colony, and of the convention of the State of New York, in force on the twentieth day of April, one thousand seven hundred seventy-seven, which have not since expired, or been repealed or altered; and such acts of the legislature of this state as are now in force, shall be and continue the law of this state, subject to such alterations as the legislature shall make concerning the same. But all such parts of the common law, and such of the said acts, or parts thereof, as are repugnant to this constitution, are hereby abrogated.* people November 8, 1938),

---

[1] "Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. In re Duncan, 139 U.S. 449, 11 S. Ct. 573, 35 L. Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L. Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.

[2] Democracy. That form of government in which the sovereign power resides in and is exercised by the whole body of free citizens directly or indirectly through a system of representation, as distinguee from a monarchy, aristocracy, or oligarchy. Black's Law Fifth Ed, pp. 388-389.

[3] This is exemplified in U.S. Constitution, Amendment VII, which prohibits any court's review of a determination of facts by a jury in law.

[4] Constitution for the United States of America, Amendment VII

*6592*
*10/04/18*

*11/15*

**NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN, AFFIDAVIT OF TRUTH, OBLIGATION AND FACTS, and CLAIM IN COMMERCE FOR DAMAGES AND FUTURE CRIMINAL INVESTIGATION.**

I filed lawful NON-JUDICIAL Claims.

5. In abuse of **THE UNITED STATES DISTRICT COURT-SOUTHERN DIISTRICT OF NEW YORK, LOUIS L. STATON, RUBY J. KRAJICK AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN** converted My NON-JUDICIAL Claims as Civil Claim and refused to issue a Certificate of Default for My NON-JUDICIAL CLAIM

- Elena Strujan v. Unum Provident – 18cv 8757
- Elena Strujan v Cioroiu – 18cv 7469, considering *"frivolous or malicious"*.
- Elena Strujan v. Columbia University 18 cv 8755.

6. This is discrimination under Color of law.
7. THE **UNITED STATES DISTRICT COURT-SOUTHERN DIISTRICT OF NEW YORK, LOUIS L. STATON, RUBY J. KRAJICK AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN** did not obey the Constitution.

8. My NON JUDICIAL NOTICE against WRONGDOER CIOROIU it is in Common Law which is recognized by USA and NYS Constitution. My body without My permission, to create for life pain, harm, scars.

9. WRONGDOER CIOROIU et all have the choice to : 1; answer, 2: to settle the case; 3: to sue Me in a Court of Record. He ignored all with guilty knowledge.

10. My claim with WRONGDOER CIOROIU is not *"frivolous and malicious"* and since " *The Court lacks subject matter jurisdiction over this situation. Subject matter jurisdiction, simply put, is the Court's power to adjudicate a case".*

11. The case against CIOROIU, COLUMBIA, UNUM is a NON-JUDICIAL case , in common law and no trial is necessary.

 *"COMMON LAW IS A FOUNTAIN OF JUSTICE, PERENNIAL AND PERPETUAL"-Webster".*

12. THE **UNITED STATES DISTRICT COURT-SOUTHERN DIISTRICT OF NEW YORK, LOUIS L. STATON, RUBY J. KRAJICK AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN** do not have constitutional right to interfere in a NON-JUDICIAL CLAIM construct in common law.

13. THE UNITED STATES DISTRICT COURT-SOUTHERN DIISTRICT OF NEW YORK, LOUIS L. STATON, RUBY J. KRAJICK AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN ignored the **American Jurisprudence (Constitutional Law) §326; Free Justice and Open Courts;**

---

**American Jurisprudence (Constitutional Law) §326; Free Justice and Open Courts;** *Remedy for All Injuries.-* In most of the state Constitutions there are provisions, varying slightly in terms, which stipulate that justice shall be administered to all without delay or denial, without sale or prejudice, and that the courts shall always be open to all alike. These provisions are based largely upon the Magna Charta, chap. 40, which provides; "We will sell to no man. We will not deny to any man either justice or right." The chief purpose of the Magna Charta provision was to prohibit the King

---

5

## NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN, AFFIDAVIT OF TRUTH, OBLIGATION AND FACTS, and CLAIM IN COMMERCE FOR DAMAGES AND FUTURE CRIMINAL INVESTIGATION.

*from selling justice by imposing fees on litigants through his courts and to deal a death blow to the attendant venal and disgraceful practices of a corrupt judiciary in demanding oppressive gratuities for giving or withholding decisions in pending causes. It has been appropriately said that in a free government the doors of litigation are already wide open and must constantly remain so. The extent of the constitutional provision has been regarded as broader than the original confines of Magna Charta, and such constitutional provision has been held to prohibit the selling of justice not merely by magistrates but by the State itself.* Therefor a denial of access into the Peoples courts' of justice in a Court of Record is a violation of plaintiff's unalienable right of due process protected under V Amendment.

### CONCLUSION:

THE UNITED STATES DISTRICT COURT-SOUTHERN DIISTRICT OF NEW YORK, LOUIS L. STATON, RUBY J. KRAJICK AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN discriminate Me under color of law **and considered Me an ENS LEGIS ENTITY.**

As the un-codified common law is the superior law of the *people* and the because justice was not served yet, the named **THE UNITED STATES DISTRICT COURT-SOUTHERN DIISTRICT OF NEW YORK, LOUIS L. STATON, RUBY J. KRAJICK , AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN** as RESPONDENT /LIENEES/ACCUSED, have seven (7) days from the date of service ( served personal) of this Affidavit to compensate Elena Strujan in full fiftymillionsdollars ($ 50,000, 000.00), in hundreds, or provide SWORN AFFIDAVIT and evidence to rebut the above statements of fact or to cure by providing Elena Strujan with:

14. The law which allow **THE UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK, LOUIS L. STATON, RUBY J. KRAJICK AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN** to ignore My lawful right for NON-JUDICIAL CLAIMS IN COMMERCE.

15. THE law which allowed to tolerate to WRONGDOR /CIOROIU to mutilate My body without My permission, to create for life pain, harm, scars.

16. The law do not respect **"American Jurisprudence (Constitutional Law) §326; Free Justice and Open Courts;** *Remedy for All Injuries".*

6

## NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN, AFFIDAVIT OF TRUTH, OBLIGATION AND FACTS, and CLAIM IN COMMERCE FOR DAMAGES AND FUTURE CRIMINAL INVESTIGATION.

17. The law where said to mutilate My digestive tracts is *"frivolous and malicious"*, to have breech of contract with UNUM is *"frivolous and malicious"*, *"failure to state a claim"*, *"futile"*, and to be humiliated and discriminated as a natural woman, disable is *"frivolous and malicious"*, *"failure to state a claim"*.

18. THE LAW which allowed to WRONGDOER /RESPONDENT COLUMBIA UNIVERSITY et all to send Me an AMERICAN RESIDENT DISABLE in SIDNEY AUSTALIA to take English test as lawful act.

19. THE LAW which allowed UNUM PROVIDENT to breach the Contract and to condemn Me at poverty.

20. THE LAW to rule NON-JUDICIAL CLAIMS in a CIVIL COURT.

21. THE LAW to IGNORE MY natural rights protected under USA and NYS CONSTITUTION.

22. The LAW do not respect the UCC 1-103.6

23. THE LAW TO DISCRIMINATE ME A NATURAL WOMAN, UNDER COLOR OF LAW.

**My lawful Notice of Common Law being Common Law construct, the only way this Lien can be removed is:**

    a. By a Rebuttal Affidavit done by the firsthand knowledge.

    b. By Full Payment as I require in which case I will remove it.

    c. The decision of the Jury of 12, deciding that the Lien should not have been executed.

This involve YOU **THE UNITED STATES DISTRICT COURT-SOUTHERN DIISTRICT OF NEW YORK, LOUIS L. STATON, RUBY J. KRAJICK AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN** as RESPONDENT /LIENEES/ACCUSED as firsthand knowledge to take Me to the Court de Jure (Common Law Court), so I will be able to explain how the Court do not respect My natural right, the USA and NYS Constitution, how practice *discrimination under color of law*, how encouraged the WRONGDORS/DEFENDANTS to harm Me and to create Me an insurmountable anguish and distress.

If You **THE UNITED STATES DISTRICT COURT-SOUTHERN DIISTRICT OF NEW YORK, LOUIS L. STATON, RUBY J. KRAJICK AND ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN** took actions which involve the tort(s) against Me without any lawful excuse whatsoever, do not under any circumstances, assume that any judge can remove a lien. A judge cannot do that, and judges know that (because is a Common Law not a Statutory, process).

Please remember: This is the last and final warning. My Statement of Truth, reflect the truth of My status and which will not only become *the truth, in law-* but will also become A JUDGMENT, IN LAW.

7



14/15

# NOTICE OF COMMON LAW, BRIEF INFORMATION, CLAIM OF LIEN, AFFIDAVIT OF TRUTH, OBLIGATION AND FACTS, and CLAIM IN COMMERCE FOR DAMAGES AND FUTURE CRIMINAL INVESTIGATION.

That being the case, no <u>Hearing will require</u>. *Because the judgment has already been made by the truth* (That's Common Law).

A failure to respond will attest to, and confirm, the truth of all points contained herein and those points shall stand as the truth in law as regards My living soul. You will need to rebut by means of Sworn Affidavit of your own, written under the same criteria, namely: *From first-hand knowledge, and under penalty of perjury.*

Suppose if I make an honest error, WHICH YOU FAILED TO REBUT, My mistake BECOME THE TRUTH, IN LAW. You will not be able to claim 'libel', 'slander', etc., because you were given enough days to invalidate the accusations.

*"Except for a Jury, it is also a fatal offence for any person, even a judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit".*

I say here, and I will verify in open Court if necessary that all herein be true.
I will do My best, and God will do the rest. I Reserve ALL Natural God-Given Indefeasible Birthrights, Waiving None, Ever UCC1-308, UCC 1-103.6.

Attested Autograph by My Hand and Seal

Dated: October 29, 2018

**"SUB UMBRA ALARUM TAURUM"**
*"BENEATH THE SHADOW OF WINGS, O LORD"*
*"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER AMERICA"*
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
**"OBEY THE CONSTITUTION"**

Elena Strujan- Petitioner, a common woman Sui Juris, Under Duress, Attornatus Privatus.

**SUBMITTED BY AFFIDAVIT**

*Petitioner, Elena Strujan, Sui Juris, Under Duress, a natural living woman of the republic, of New York, Under Duress, Attornatus Privatus, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare I am competent in commerce to certify in my own unlimited commercially liability, does swear and affirm that I have written and read the foregoing facts, and in accordance with the best of My best knowledge, such are true, commercially reasonable, just, correct and complete and not misleading, the truth, the whole truth and nothing but the truth. This notice can be update as necessary.*

*Wrote and printed from a Public computer and printer with all risks.*
WITNESS: My hand and official seal. End of document. Copy Right Reserved.

Elena Strujan , SWORN BEFORE ME, Zheng Li a Notary Public

in and for STATE OF, NEW YORK, 29th day of October 2018 Zheng W

ZHENG LI
Notary Public - State of New York
NO. 01LI6366108
Qualified in Queens County
My Commission Expires Oct 23, 2021



8

15/15