# COURT OF RECORD

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE USE IT TO BUILD A BETTER, STRONGER AMERICA".*
*"COMMON LAW IS A FOUNTAIN OF JUSTICE, PERENNIAL AND PERPETUAL"-Webster*
*"NEMO EST SUPRA LEGES -NO ONE IS ABOVE- THE- LAW"-Magna CartA*
*"ALL   ARE EQUAL UNDER THE LAW".*



## The United States District Court Southern District of New York

Honorable Clerk

I, Elena Strujan, Claimant/Plaintiff in this Court, I would like to inform the Court that I do not have My mailing address at P. O. Box 20632. I use only My residential address which is:

Elena Strujan
54-17, 101 Street, Apt 8 F
Queens, Corona, New York, 11368

and My phone number is : 347-654-6866  as I communicated to the Court on 8/18/2020

6592
11/30/2021

# COURT OF RECORD

Please update My residential address for all My cases as: 18-cv-10237, 18-cv-10079, 18-cv-09991, 18-cv-08755, 18-cv-7469, 18-cv-8756, 18-cv-08757, 18-cv-10280, and 18-cv-08763, 18-cv-10403, 20-cv-7822, 19-MISC-504, 19-MISC-410, 20-MISC-125, 19 MISC-0592. Anticipate thank you.

I say here, and I will verify in open Court if necessary that all herein be true.
I will do my best, and God will do the rest.
All Rights Reserved Under UCC1-308. None waived.

Dated: November 30, 2021

Attested autograph by My hand and seal

*[signature]*

Elena Strujan- Claimant a natural live woman
Sui Juris, Under Duress, Attornatus Privatus.
54-17, 101 Street, Apt 8 F
Queens, Corona, New York, 11368
estrujan2016@gmail.com

"SUB UMBRA ALARUM TAURUM"
"BENEATH THE SHADOW OF WINGS, O LORD"
"THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER AMERICA"
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
"OBEY THE CONSTITUTION"

Wrote and printed from a Public computer and printer with all risks.
WITNESS: My hand and official seal. End of document.

